# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MCDERMOTT, BRIAN P. | § | Case No. 08-19009 |
| MCDERMOTT, DARLENE L. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/15/2012 in Courtroom 742,
United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Kenneth S. Gardner_____
                                        Clerk, U.S. Bankruptcy Court


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
MCDERMOTT, BRIAN P. § Case No. 08-19009
MCDERMOTT, DARLENE L. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 500,006.30 |
| and approved disbursements of | $ | 322,256.77 |
| leaving a balance on hand of[1] | $ | 177,749.53 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 21,700.18 | $ 0.00 | $ 21,700.18 |
| Trustee Expenses: Phillip D. Levey | $ 50.97 | $ 0.00 | $ 50.97 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 8,640.00 | $ 0.00 | $ 8,640.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 30,391.15 |
| Remaining Balance | | $ | 147,358.38 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,551.61  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD LLC its successors and assigns as assignee of | $ 17,078.43 | $ 0.00 | $ 17,078.43 |
| 000002 | Nelnet | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | CHASE BANK USA, NA | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | Household Finance Corporation | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | CAPITAL ONE BANK (USA), N.A. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006 | Fifth Third Bank | $ 11,209.05 | $ 0.00 | $ 11,209.05 |
| 000007 | eCAST Settlement Corp | $ 264.13 | $ 0.00 | $ 264.13 |

Total to be paid to timely general unsecured creditors      $      28,551.61

Remaining Balance      $      118,806.77

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 2.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 2,804.02 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 116,002.75 .

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                   Case No. 08-19009-CAD
Brian P. McDermott                                                       Chapter 7
Darlene L. McDermott
        Debtors
                                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: corrinal              Page 1 of 3                  Date Rcvd: Oct 24, 2012
                               Form ID: pdf006             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2012.
db/jdb       +Brian P. McDermott,    Darlene L. McDermott,    4739 N Kelso,   Chicago, IL 60630-4353
12444879     +ARI HOLIDAY NETWORK,    PO BOX 78436,   PHOENIX, AZ 85062-8436
12720482     +ARI Holiday Network,    Two Transam Plaza Drive,    Suite 300,   Oakbrook Terrace, IL 60181-4817
12444881    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: CAP ONE,    PO BOX 85520,   RICHMOND, VA 23285)
12444882     +CHASE,   ATTN: BANKRUPTCY DEPT,    PO BOX 100018,   KENNESAW, GA 30156-9204
14349703      CHASE BANK USA, NA,    PO BOX 15145,   WILMINGTON, DE 19850-5145
12444883     +COUNTRYWIDE HOME LENDING,    ATTENTION: BANKRUPTCY SV-314B,    PO BOX 5170,
                SIMI VALLEY, CA 93062-5170
12720483      Countrywide Home Loans,    Attn: Payoff Dept, Mail Stop,   7105 Corporate Drive,
                Plano, TX 75024-4100
12444885     +FIFTH THIRD BANK,    C/O BANKRUPTCY DEPT, MDROPSO5,   1850 EAST PARIS,
                GRAND RAPIDS, MI 49546-6210
12940875     +Fifth Third Bank,    Attn: Bankruptcy Department/MD#ROPS05,    1830 E Paris SE,
                Grand Rapids MI 49546-8803
12444886     +HFC - USA/BENEFICIAL,    ATTN: BANKRUPTCY,   961 WEIGEL DR,   ELMHURST, IL 60126-1029
12831666      Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,   POB 35480,
                Newark NJ 07193-5480
12444888     +IL DESIGNATE,    1755 LAKE COOK RD,   DEERFIELD, IL 60015-5215
12444889     +ILLINOIS ORTHOPAEDIC AND HAND,    800 BIESTERFIELD # 740,   ELK GROVE VILLAGE, IL 60007-3362
12444890     +NATIONAL CITY BANK,    ATTENTION: BANKRUPTCY DEPARTMENT,   6750 MILLER ROAD,
                BRECKSVILLE, OH 44141-3262
12444892     +PEOPLES GAS,   C/O BANKRUPTCY DEPARTMENT,    130 E. RANDOLPH DRIVE,    CHICAGO, IL 60601-6302
12444893     +SWEDISH COVENANT HOSPITAL,    5145 N CALIFORNIA,   CHICAGO, IL 60625-3687
12444894     +UNITED STATES TRUSTEE,    227 WEST MONROE STREET,   SUITE 3350,    CHICAGO, IL 60606-5099,
                E:MAIL:
12444895     +UNVL/CITI,   PO BOX 20507,    KANSAS CITY, MO 64195-0507
12444896    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US BANK/NA ND,    ATTN: BANKRUPTCY DEPT,    PO BOX 5229,
                CINCINNATI, OH 45201)
16956686     +eCAST Settlement Corp,    Assignee of HSBC Bank Nevada,   Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12695765     +E-mail/Text: bncmail@w-legal.com Oct 25 2012 04:09:16     CHASE BANK USA,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12444891     +E-mail/Text: electronicbkydocs@nelnet.net Oct 25 2012 04:08:02     NELNET,    ATTN: CLAIMS,
               PO BOX 17460,   DENVER, CO 80217-0460
12684393     +E-mail/Text: electronicbkydocs@nelnet.net Oct 25 2012 04:08:02     Nelnet,
               3015 South Parker Road, Suite 400,   Aurora, CO 80014-2904
12668877      E-mail/Text: resurgentbknotifications@resurgent.com Oct 25 2012 01:40:06
               PYOD LLC its successors and assigns as assignee of,    Citibank,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12444880*    +BRIAN P. MCDERMOTT,    4739 N KELSO,   CHICAGO, IL 60630-4353
12832159*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),
                PO BOX 5155,   NORCROSS, GA 30091)
12444884*    +DARLENE L. MCDERMOTT,    4739 N KELSO,   CHICAGO, IL 60630-4353
12444887    ##+HITCHCOCK AND ASSOCIATES, P.C.,    120 SOUTH STATE STREET,   SUITE 803,
                CHICAGO, ILLINOIS 60603-5503
                                                                                   TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: corrinal           Page 2 of 3            Date Rcvd: Oct 24, 2012
                              Form ID: pdf006          Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2012**                        **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: corrinal              Page 3 of 3                  Date Rcvd: Oct 24, 2012
                              Form ID: pdf006             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2012 at the address(es) listed below:
    Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
    Phillip D Levey  levey47@hotmail.com, plevey@ecf.epiqsystems.com
    Phillip D Levey  on behalf of Trustee Phillip Levey levey47@hotmail.com
    Thomas R Hitchcock  on behalf of Debtor Brian McDermott josefina@financialrelief.com,
     yrodriguez@financialrelief.com;kaplanlaw@iamthewolf.com
                                                       TOTAL: 4