UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
MCDERMOTT, BRIAN P. § Case No. 08-19009
MCDERMOTT, DARLENE L. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Phillip D. Levey_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Brian P. McDermott |  |  |  |
| BRIAN P. MCDERMOTT |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | AIG/CHARTIS |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| SALVATO & O'TOOLE | | | | | |
| SALVATO & O'TOOLE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000007 | ECAST SETTLEMENT CORP | | | | | |
| 000006 | FIFTH THIRD BANK | | | | | |
| 000002 | NELNET | | | | | |
| 000001 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000003 | CHASE BANK USA, NA | | | | | |
| 000004 | HOUSEHOLD FINANCE CORPORATION | | | | | |
| | ECAST SETTLEMENT CORP | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FIFTH THIRD BANK | | | | | |
| | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 08-19009 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | MCDERMOTT, BRIAN P. | | | Date Filed (f) or Converted (c): | 07/24/08 (f) |
| | MCDERMOTT, DARLENE L. | | | 341(a) Meeting Date: | 08/25/08 |
| For Period Ending: | 01/11/13 | | | Claims Bar Date: | 12/22/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4739 N Kelso, Chicago, IL 60630 Debtor's Principal | 325,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. Lot 72 Ridge Drive, Dogwood Shores, ut 6 pg 2 lot | 7,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. Charter One Checking Account | 19.86 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Charter One Savings Account | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. 3 rd party personal injury lawsuit | Unknown | 485,000.00 | | 500,000.00 | FA |
| 8. 1998 Buick Regal | 3,475.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. 2003 Chevy Cavalier | 4,275.00 | 3,675.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6.30 | Unknown |
| 11. Alpenland Sports & Fitness Time Share - Austria | 2,000.00 | 6,000.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $344,369.86 | $494,675.00 | | $500,006.30 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

_____

LFORM1
**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 17.01

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 08-19009　CAD　Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
| Case Name: | MCDERMOTT, BRIAN P. | Date Filed (f) or Converted (c): | 07/24/08 (f) |
| | MCDERMOTT, DARLENE L. | 341(a) Meeting Date: | 08/25/08 |
| | | Claims Bar Date: | 12/22/08 |

Initial Projected Date of Final Report (TFR): 12/31/10　　　Current Projected Date of Final Report (TFR): 08/31/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-19009 -CAD | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | MCDERMOTT, BRIAN P. | Bank Name: | ASSOCIATED BANK |
| | MCDERMOTT, DARLENE L. | Account Number / CD #: | *******2697 Checking |
| Taxpayer ID No: | *******8286 | | |
| For Period Ending: | 01/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 177,749.53 | | 177,749.53 |
| 11/24/12 | 010001 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 21,700.18 | 156,049.35 |
| 11/24/12 | 010002 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 50.97 | 155,998.38 |
| 11/24/12 | 010003 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 8,640.00 | 147,358.38 |
| 11/24/12 | 010004 | PYOD LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000001, Payment 109.82087% | | | 18,755.68 | 128,602.70 |
| | | | Claim          17,078.43 | 7100-000 | | | |
| | | | Interest         1,677.25 | 7990-000 | | | |
| 11/24/12 | 010005 | Fifth Third Bank<br>Attn: Bankruptcy Department/MD#ROPS05<br>1830 E Paris SE<br>Grand Rapids MI 49546 | Claim 000006, Payment 109.82090%<br>(6-1) modified to correct address<br>(cch) 12/11/08 | | | 12,309.88 | 116,292.82 |
| | | | Claim          11,209.05 | 7100-000 | | | |
| | | | Interest         1,100.83 | 7990-000 | | | |
| 11/24/12 | 010006 | eCAST Settlement Corp<br>Assignee of HSBC Bank Nevada<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | Claim 000007, Payment 109.82092% | | | 290.07 | 116,002.75 |
| | | | Claim           264.13 | 7100-000 | | | |
| | | | Interest          25.94 | 7990-000 | | | |

Page Subtotals     177,749.53     61,746.78

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-19009 -CAD | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | MCDERMOTT, BRIAN P. | | Bank Name: | ASSOCIATED BANK |
| | MCDERMOTT, DARLENE L. | | Account Number / CD #: | *******2697 Checking |
| Taxpayer ID No: | *******8286 | | | |
| For Period Ending: | 01/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/24/12 | 010007 | BRIAN P. MCDERMOTT<br>4739 N KELSO<br>CHICAGO, IL  60630 | Surplus Funds | 8200-002 | | 116,002.75 | 0.00 |

|   |   |   |   |   |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 177,749.53 | 177,749.53 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 177,749.53 | 0.00 |
| | | Subtotal | 0.00 | 177,749.53 |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 116,002.75 |
| | | Net | 0.00 | 61,746.78 |

Page Subtotals       0.00       116,002.75

Ver: 17.01

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-19009 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MCDERMOTT, BRIAN P. | Bank Name: | BANK OF AMERICA |
|  | MCDERMOTT, DARLENE L. | Account Number / CD #: | *******6202  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8286 |  |  |
| For Period Ending: | 01/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 04/17/12 | 7 | Salvato & O'Toole | SETTLEMENT |  | 193,415.11 |  | 193,415.11 |
|  |  | 53 W. Jackson Blvd.-Suite 1750 |  |  |  |  |  |
|  |  | Chicago, IL |  |  |  |  |  |
|  |  | SALVATO & O'TOOLE | Memo Amount:     500,000.00 | 1142-000 |  |  |  |
|  |  |  | SETTLEMENT |  |  |  |  |
|  |  | SALVATO & O'TOOLE | Memo Amount:  (  166,665.00 ) | 3210-000 |  |  |  |
|  |  |  | ATTORNEY FEES |  |  |  |  |
|  |  | SALVATO & O'TOOLE | Memo Amount:  (   39,919.89 ) | 3220-000 |  |  |  |
|  |  |  | Attorney Expenses |  |  |  |  |
|  |  | AIG/CHARTIS | Memo Amount:  (  100,000.00 ) | 4210-000 |  |  |  |
|  |  |  | Medical Care Lien |  |  |  |  |
| 04/25/12 | 000101 | Brian P. McDermott | Exemption - Personal Injury | 8100-000 |  | 15,000.00 | 178,415.11 |
|  |  | 4739 North Kelso | Brian P. McDermott  v. Ragnar Benson, Inc., et al., |  |  |  |  |
|  |  | Chicago, IL  60630 | Case No. 08 L 08492 |  |  |  |  |
| 04/30/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.41 |  | 178,415.52 |
| 05/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.51 |  | 178,417.03 |
| 05/31/12 |  | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 |  | 226.68 | 178,190.35 |
| 06/29/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.45 |  | 178,191.80 |
| 06/29/12 |  | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 |  | 211.78 | 177,980.02 |
| 07/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.52 |  | 177,981.54 |
| 07/31/12 |  | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 |  | 233.42 | 177,748.12 |
| 08/30/12 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 1.41 |  | 177,749.53 |
| 08/30/12 |  | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 |  | 177,749.53 | 0.00 |

Page Subtotals        193,421.41        193,421.41

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-19009 -CAD | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | MCDERMOTT, BRIAN P. | | Bank Name: | BANK OF AMERICA |
| | MCDERMOTT, DARLENE L. | | Account Number / CD #: | *******6202  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8286 | | | |
| For Period Ending: | 01/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 500,000.00 | COLUMN TOTALS | 193,421.41 | 193,421.41 | 0.00 |
| Memo Allocation Disbursements: | 306,584.89 | Less: Bank Transfers/CD's | 0.00 | 177,749.53 | |
| | | Subtotal | 193,421.41 | 15,671.88 | |
| Memo Allocation Net: | 193,415.11 | Less: Payments to Debtors | | 15,000.00 | |
| | | Net | 193,421.41 | 671.88 | |

| | | | NET | ACCOUNT |
| Total Allocation Receipts: | 500,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 306,584.89 | Checking - ********2697 | 0.00 | 61,746.78 | 0.00 |
| | | Money Market Account (Interest Earn - ********6202 | 193,421.41 | 671.88 | 0.00 |
| Total Memo Allocation Net: | 193,415.11 | | ------------------------ | ------------------------ | ------------------------ |
| | | | 193,421.41 | 62,418.66 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 17.01